DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Medline Diamed, LLC, | ) | CASE NO. 5:11 CV 93 |
| Plaintiff, | ) | |
| | ) | JUDGMENT ENTRY |
| v. | ) | |
| Diamed USA, LLC, et al., | ) | |
| Defendants. | ) | |

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED ADJUDGED AND DECREED that this case be remanded to the Stark County Court of Common Pleas.

The Clerk is directed to mail a copy of the Court's Memorandum Opinion and Order, and this Judgment Entry, to the Stark County Court of Common Pleas.

IT IS SO ORDERED.

  May 3, 2011                              *s/ David D. Dowd, Jr.*
Date                                       David D. Dowd, Jr.
                                           U.S. District Judge